L R Civ P 83.6 Form (06/08/2017)
L R Cr P 44.6 Form (06/08/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

SELECT EVENT GROUP, INC.
8610 CHERRY LANE
SUITE 30
LAUREL MD 20707

**STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL**

V.

GREENBRIER HOTEL CORPORATION
300 W. MAIN ST
WHITE SULPHUR SPRINGS, WV 24986, et al

**CIVIL ACTION NUMBER** 5:18-cv-00006

---

William M. Rudow, Rudow Law Group, LLC       198612010440

*Name of Visiting Attorney and firm name*     *State Bar ID number*

Select Event Group, Inc.

*Name of party represented*

Maryland Courts, United States District Court for the District of Maryland, District of Columbia Courts, United States District Court for the District of Columbia, United States District Court for the Eastern District of Michigan, United States Court of Appeals for the Eleventh Circuit

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

5603 Newbury Street, Baltimore MD 21209

*Visiting Attorney's office address*

(4100 542-6000        (410) 542-9500        williamrudow@rudowlaw.com

*Visiting Attorney's office telephone number*    *Office fax number*    *Email address*

James R. Sheatsley / Gorman Sheatsley & Co., LC

WV  3359

*Name of Sponsoring Attorney and firm name*    *WV Bar ID number*

343 Prince Street, Beckley WV 25801

*Sponsoring Attorney's office address*

(204) 252-5321        (204) 252-1155        jsheatsley@suddenlinkmail.com

*Sponsoring Attorney's office telephone number*    *Office fax number*    *Email address*

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| January 2, 2018 | /s/ William M. Rudow |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| January 2, 2018 | /s/ James R. Sheatsley |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. Login and Password; Registration**.

