UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**SELECT EVENT GROUP, INC.,**

*Plaintiff,*

v.  CIVIL Action No. 5:18-cv-00006 ICB

**GREENBRIER HOTEL CORPORATION**

**AND**

**OLD WHITE CHARITIES, INC.,**

*Defendants.*

### ORDER GRANTING JOINT MOTION FOR CONSENT JUDGMENT

This cause coming on to be heard on the Joint Motion for Consent Judgment & Forbearance Agreement, the Court finds that the motion is well taken and must be granted.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Joint Motion for Consent Judgment & Forbearance Agreement is **GRANTED**, and judgment on behalf of the Plaintiff, Select Event Group, Inc. shall be entered jointly and severally against Defendants Greenbrier Hotel Corporation and Old White Charities, Inc. in the amount of $753,895.31, legal fees of $6,855.00, court costs of $800.00, pre-judgment interest up to January 7, 2018 of $59,355.99 and post-judgment interest at 5% per annum on $753,895.31 ($103.28 per diem) from the date the judgment is entered through the date that the judgment is fully satisfied, is hereby entered.

**SO ORDERED** and **ADJUDGED** this 12th day of March, 2018.

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA