**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA**

**SELECT EVENT GROUP, INC.**

      **PLAINTIFF**

**V.**                               **CIVIL ACTION NO. 5: 18-cv-00006ICB**

**GREENBRIER HOTEL CORPORATION
and
OLD WHITE CHARITIES, INC.**

      **DEFENDANTS.**

**SATISFACTION OF JUDGMENT**

Now comes the Plaintiff, Select Event Group, Inc., the judgment creditor in the above-entitled action, by and through its counsel, James R. Sheatsley, Gorman, Sheatsley & Company. L.C., and declares and gives notice the Judgment evidenced by Order entered the 12th day of March 2018 in the United States District Court, Southern District of West Virginia, against the above-named Defendants is FULLY SETTLED and COMPROMISED and should be RELEASED and DISCHARGED of record.

Dated: April 30, 2020.

                                              Select Event Group, Inc.
                                              By Counsel:

                                              /s/James R. Sheatsley
                                              James R. Sheatsley,   WV Bar# 3359
                                              Gorman, Sheatsley & Co., L.C.
                                              Attorneys at Law
                                              P.O. Box 5518
                                              Beckley, WV 25801